IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JASON YOCUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN INTERNATIONAL CONTRACTORS, INC., AL SEAL CONTRACTING AND TRADING COMPANY, MIDMAC CONTRACTING CO., ADEL BOTROS, SHAFQAT MALIK, PARSONS CORPORATION, and VERSAR, INC.,<br><br>　　　　Defendants. | Case No. 19-cv-1028-JPG |

## JUDGMENT

This matter having come before the Court, the plaintiff having voluntarily dismissed his action, and the United States and the Court having consented in writing,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** July 6, 2023　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**